**Opinion filed October 2, 2025**



**In The**

# Eleventh Court of Appeals

_____

### No. 11-25-00272-CV

_____

### JEFFREY DANE SMITH, Appellant

### V.

### KRISTIN LEE SMITH, Appellee

**On Appeal from the 266th District Court**
**Erath County, Texas**
**Trial Court Cause No. 23-FAMDC-00097**

### M E M O R A N D U M   O P I N I O N

Appellant filed a pro se notice of appeal from the trial court's final decree of divorce. Appellant has now filed a motion to "withdraw" his notice of appeal. In the motion, Appellant states that he "no longer desires to pursue the appeal" and requests that we dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

We grant Appellant's motion and dismiss this appeal.

W. BRUCE WILLIAMS

JUSTICE

October 2, 2025

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.